**FILED UNDER SEAL**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. TRACY L. DONMOYER, | : : : | |
| PLAINTIFFS, | : : | |
| v. | : : : : | CIVIL ACTION NO. 14-4540 **FILED UNDER SEAL** |
| METRO BEAUTY ACADEMY, LLC, | : : | |
| DEFENDANT. | : | |

**ORDER**

AND NOW, this 3rd day of June, 2020 it is ORDERED that all documents in this case shall remain under seal until such time as the United States files a Notice of Intervention with the Court notifying the Court that a Settlement Agreement has been fully executed in the above-captioned case. Upon such time as the United States files the Notice of Intervention:

1. Only the following documents shall be unsealed:

   a. The United States' Notice of Intervention;

   b. Relator's complaint

   c. This Order; and

   d. All documents filed after the filing of the United States' Notice of Intervention.

2. All other papers or Orders on file in this matter as of the date of this Order shall remain under seal.

BY THE COURT:


    /s/ Juan R. Sánchez
HONORABLE JUAN R. SANCHEZ
*Chief Judge, United States District Court*