IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. TRACY L. DONMOYER, | : <br> : <br> : |
| PLAINTIFFS, | : <br> : |
| v. | : <br> : CIVIL ACTION NO. 14-4540 (JS) <br> : |
| METRO BEAUTY ACADEMY, LLC, | : <br> : |
| DEFENDANT. | : |

## PRAECIPE TO SATISFY FINANCIAL JUDGMENT

**TO THE CLERK:**
**United States District Court**
**Eastern District of Pennsylvania**

    Please mark the above-captioned financial judgment satisfied in the amount of $275,000.

                      Respectfully submitted,

                      JACQUELINE C. ROMERO
                      United States Attorney

                      s/ Stacey L. B. Smith
                      Stacey L. B. Smith
                      Assistant United States Attorney
                      United States Attorney's Office
                      615 Chestnut Street
                      Suite 1250
                      Philadelphia, PA 19106
                      *Counsel for the United States of America*

Dated: April 11, 2023

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing Praecipe to Satisfy Financial Judgment to be served by the Court's CM/ECF system upon the following counsel of record:

TERESA N. CAVENAGH
*Duane Morris, LLP*
30 South 17th Street
Philadelphia, PA 19103
*Counsel for Metro Beauty Academy, LLC*

                                                s/ Stacey L. B. Smith
                                                Stacey L. B. Smith
                                                Assistant United States Attorney
                                                *Counsel for the United States of America*